Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_Central_ District of _California_

_4th_ Division

```
FILED
CLERK, U.S. DISTRICT COURT

12/21/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:        AP          DEPUTY
```

BENSON, ADA MARIA.
_____
_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

Census 2020 (U.S. Dept. of Commerce)
_____
_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   5:20-cv-02642-JWH(KKx)

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_   ☐ Yes   ☐ No

NO CV30
N/S

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BENSON, ADA MARIA |
| Street Address | 324 South State St #3054 |
| City and County | Hemet, CA, Riverside County |
| State and Zip Code | California   92546. |
| Telephone Number | (951) 480- 9972. |
| E-mail Address | BENSONADAMARIA@GMAIL.COM |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name                          U.S. Department of Commerce.

Job or Title *(if known)*

Street Address                1401 Constitution Ave, NW

City and County               Washington, Central Dist Columbia

State and Zip Code            Washington, DC. 20230.

Telephone Number              (202) 482-2000.

E-mail Address *(if known)*   THESEC@DOC.GOV                    ?

**Defendant No. 2**

Name                          Census 2020-Census Bureau.

Job or Title *(if known)*

Street Address                4600 Silver Hill Rd

City and County               Washington, District of Columbia

State and Zip Code            Washington, DC 20233.

Telephone Number              1-301-763-4636.

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment, 13th Amendment, 14th Amendment.
U.S. Labor Codes 98, 226, 240, 243, 1174, 1197.1

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* BENSON, ADA MARIA , is a citizen of the
State of *(name)* California .

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Federal Question.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$857.36 Wages as Follows:
1) $57.00 Training. 3 hours. @ 8/16/20 - 8/22/20 $447.61
3) 08/02/20 to 08/08/20 = $352.75 + Harrasments about
a device sent to the Main office
Threats of arrest and Verbal abuse through State
Court

**III.**  **Statement of Claim**

CH-100 (Restraining order placed on 11/03/2020

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was hired by Census 2020 on 07/31/2020. Wages were retained and paid late. Paystubs were received but the complete payment never arrived. I was injured by Hemet Police Department and Security Guards. Without any backup from employer. I requested from Census 2020 to pick up their device 1) Telephone and they refused. later they threatened with arrest for holding a fed device.

**IV.**  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages. 4th, 14th, 13th Amendment
18 U.S.C. § 241, 18 U.S.C. § 1038, 18 U.S.C. § 249.
Labor Codes on wages unpaid. V. Wade 461 U.S.30 (1982)
42 U.S.C § 1983 Smith Damages. and
Relief. Punitive and Compensatory
FLSA) Liquidated damages-Thurston 469 U.S. 111,
Trans World Airlines Inc V Thurston 469 U.S. 111,
125 (1985) Employer knew of the matter
and disregarded Hazen Paper Co v
Biggins 507 U.S. 604

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      12/15/2020

Signature of Plaintiff      _Denson Bledsoe_

Printed Name of Plaintiff

### B.  For Attorneys

Date of signing:      N/A.

Signature of Attorney      Not Applicable

Printed Name of Attorney      Per Se

Bar Number      N/A

Name of Law Firm      N/A.

Street Address      N/A.

State and Zip Code      N/A

Telephone Number      N/A

E-mail Address      N/A.

From: Benson, Ada Maria
324 South State St
# 3054
Hemet, dA 92546

To: U.S. District Court
3470 12th Street
Riverside, CA 92501
Attn: Clerks Office



RECEIVED
CLERK U.S. DISTRICT COURT

DEC 21 2020

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY